IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMAR LELAND,

    Plaintiff,

v.                                                          CASE NO.  4:07cv20-RH/WCS

JOHN VOUGHT and
HAROLD BATTLES,

    Defendants.

_____/

**ORDER ON MOTION FOR SUMMARY JUDGMENT**

    This matter is before the court on the magistrate judge's report and recommendation (document 79).  No objections have been filed.  Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The defendants' motion for summary judgment (document 63) is GRANTED IN PART and DENIED IN PART.  The motion is granted with respect to the claim asserting excessive force in putting the plaintiff in a holding cell.  That claim is dismissed with prejudice.  The motion is granted with respect to the claim

*Page 2 of 2*

against defendant John Vought based on an alleged punch to the plaintiff's head. That claim is dismissed with prejudice. The motion is denied with respect to the claim against defendant Harold Battles based on an alleged punch to the plaintiff's head. That claim remains pending. I do *not* direct the entry of judgment on the dismissed claims pursuant to Federal Rule of Civil Procedure 54(b). The case is remanded to the magistrate judge for further proceedings.

      SO ORDERED on September 30, 2008.

                                        <u>s/Robert L. Hinkle</u>
                                        Chief United States District Judge